UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SARAH WATKINS,

    Plaintiff(s),

v.

CITY OF ST. LOUIS, ET AL.,

    Defendant(s).

Case No. 4:21-cv-01344

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now SARAH WATKINS and notifies the court of the intent to use
(Plaintiff or Defendant)

TIM MOORE, PROSERVE
(name and address of process server)

6614 Clayton Road, #311

St Louis, MO 63117

To serve: CITY OF ST. LOUIS, ANDREW METCALF, BRYANT MORRIS, DARRYL BAKER, JUSTIN COLOMBO, FREDERICK THOMPSON, ANTHONY THOMPSON in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

11/29/2021                         /S/ R. TYSON MUTRUX
(date)                              (attorney for Plaintiff)

                                                     (attorney for Defendant)